IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| KEVIN BIGELOW | : | |
| --- | --- | --- |
| | : | |
| v. | : | CIVIL NO. CCB-17-2818 |
| | : | Criminal No. CCB-14-0131 |
| UNITED STATES OF AMERICA | : | |

...o0o...

# **MEMORANDUM**

Federal prison inmate Kevin Bigelow has filed a motion to vacate under 28 U.S.C. § 2255 (ECF No. 240) alleging ineffective assistance of trial counsel. The issues he raises, however, were pretrial matters waived when he entered his guilty pleas before this court. Further, separate counsel filed an appeal on Biglelow's behalf. The Fourth Circuit affirmed his conviction and sentence. (ECF No. 234). Accordingly, there is no basis for relief or for a certificate of appealability. A separate order follows.

January 2, 2018                                           /S/
Date                                                Catherine C. Blake
                                                United States District Judge